Aarti A. Shah, Esq. (AS-0525)
Wilson Harvey Browndorf, LLP
77 Water Street, 8th Floor
New York, NY 10005
Tel: (917) 267-2381
Fax: (646) 513-3205
ashah@whbllp.com
*Attorneys for Plaintiff*

1 4 CV 2873

RECEIVED

APR 2 3 2014

U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNIORS PRODUCE INC., | Case No. |
| JUDGE WOODS Plaintiff, | |
| v. | |
| BIG TIME PRODUCE INC. and LOUIS SCHROEDER, individually and in his corporate capacity, | **CIVIL ACTION COMPLAINT** |
| Defendants. | |

JUNIORS PRODUCE INC., for its complaint against the above captioned defendants, by and through its attorneys, Wilson Harvey Browndorf, LLP, alleges upon information and belief, and as against each of the Defendants BIG TIME PRODUCE INC. and LOUIS SCHROEDER, individually and in his corporate capacity, as follows:

## JURISDICTION AND VENUE

1.  This Court has jurisdiction over the subject matter of this action pursuant to § 5(c)(5) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(5) (hereinafter the "PACA"), and pursuant to 28 U.S.C. § 1331.

2.    This Court has supplemental jurisdiction over Plaintiff's other claims arising under state law pursuant to 28 U.S.C. § 1367(a).

3.    Venue in this District is based on 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the Plaintiffs' claims occurred in this District and a substantial part of the property that is the subject of this action is situated in this District.

## THE PARTIES

4.    At all relevant times, Plaintiff JUNIORS PRODUCE INC. (hereinafter referred to as "Plaintiff") was and is a New York corporation with a principal place of business located at 438-439 Row D, NYC Terminal Market, Bronx NY 10474.

5.    Plaintiff was and is engaged in the business of selling wholesale quantities of perishable agricultural commodities ("Produce") in interstate commerce, and was and is a licensed dealer under the PACA (License No. 19940452, annexed hereto as **Exhibit "A"**).

6.    Upon information and belief, at all relevant times, Defendant BIG TIME PRODUCE INC. (hereinafter referred to as "BIG TIME"), was and is a New York corporation with a principal place of business located at 1361 Forest Avenue, Staten Island, NY 10302; and was at all relevant times engaged in the business of buying and selling produce pursuant to the PACA.

7.    Upon information and belief, at all relevant times, Defendant LOUIS SCHROEDER (hereinafter referred to as "SCHROEDER") was and/or is a principal, officer and controller of BIG TIME, and was and/or is a person in control of, and responsible for, the disposition of BIG TIME's assets, including its PACA trust assets.

8.    BIG TIME and SCHROEDER are collectively referred to herein as the "Defendants".

## ALLEGATIONS COMMON TO ALL COUNTS

9.    This action is brought to enforce the trust provisions of P.L. 98-273, the 1984 amendment to Section 5(c) of the PACA, 7 U.S.C. § 499a, *et seq.*

10.   Between June 28, 2012 and July 13, 2012, Plaintiff sold and delivered, in interstate commerce, wholesale amounts of Produce worth $38,238.00 to Defendants, which accepted same (the "Accepted Produce") and agreed to pay Plaintiff the principal amount pursuant to the parties' contract.

11.   The invoices were duly received by the Defendants herein without challenge, complaint, offset, rejection or objection.

12.   At the time Defendants received and accepted the Accepted Produce, Plaintiff became a beneficiary in a floating, non-segregated statutory trust ("PACA Trust") designed to assure payment to produce suppliers.

13.   The PACA Trust consists of inventories of Produce, food or products derived from Produce ("Products"), accounts receivable, proceeds of the sale of Produce or Products ("Proceeds"), and assets commingled with, purchased with or otherwise acquired with Proceeds in the possession or control of Defendants.  Assets subject to the PACA Trust are hereinafter referred to as "PACA Trust Assets".

14.   Plaintiff timely preserved its interest in the PACA Trust in the principal amount of $38,238.00 by delivering to Defendants invoices containing the requisite statutory language pursuant to 7 U.S.C. § 499e(c)(4). Copies of the Invoices are attached hereto as **Exhibit "B"**.

15.   Plaintiff is a beneficiary thereof until full payment is made for the Accepted Produce.

16.    Defendants have failed and refused to pay Plaintiff any portion of the $38,238.00 principal due and owing for the Accepted Produce, despite Plaintiff's repeated demands, and presently owe Plaintiff $38,238.00, plus interest from the date each invoice became due and payable, costs and attorneys' fees.

17.    The aforesaid invoices indicated a total balance due and owing of $38,238.00, that by reason of the foregoing, Plaintiff is entitled to judgment against the Defendants on the basis of an account stated in the sum of $38,238.00.

18.    Defendants have not disputed the total balance due and owing and have tendered multiple checks to Plaintiff which were returned due to insufficient funds.

19.    Defendants' failure, inability and refusal to pay Plaintiff, as well as their bounced checks, indicate that Defendants collectively have failed to maintain sufficient assets in the statutory trust to pay the Plaintiff and have dissipated and continue to dissipate PACA Trust Assets.

20.    Defendants have therefore violated their statutory, regulatory and contractual duties to preserve and turnover the PACA Trust Assets belonging to Plaintiff.

## CLAIMS FOR RELIEF

### COUNT I
### AGAINST ALL DEFENDANTS
### FAILURE TO MAINTAIN PACA TRUST /
### DISGORGEMENET OF PACA TRUST ASSETS
*7 U.S.C. §§ 499e(c)(2), 499e(c)(4)*

21.    Plaintiff repeats and reasserts each and every allegation contained in ¶¶ 1 through 20 of this Complaint as if fully set forth herein.

22.     Pursuant to the trust provisions of PACA, 7 U.S.C. §499e(c)(2), and the Code of Federal Regulations promulgated thereunder, upon receipt of said commodities, a statutory trust arose in favor of Plaintiff as to all commodities received by Defendant BIG TIME, all inventories of food or other products derived from said commodities, and the proceeds from the sale of such commodities until full payment is made for said commodities by Defendant BIG TIME to Plaintiff.

23.     Defendant BIG TIME has failed and refused to pay for the commodities it ordered, received and accepted from Plaintiff, despite due demand.

24.     On each of the outstanding invoices sent by Plaintiff to Defendant BIG TIME, Plaintiff, as a PACA licensee, placed the exact language statutorily prescribed by PACA to be placed on all invoices by a licensee to notify the buyer that a seller/supplier of perishable agricultural commodities is preserving its rights as a beneficiary to the statutory trust [7 U.S.C. §499e(c)(4)], plus interest and attorneys' fees. *See*, copies of Invoices as **Exhibit "B"**.

25.     Plaintiff is an unpaid creditor, supplier and seller of perishable agricultural commodities as those terms are defined under the PACA.

26.     Upon information and belief, Defendant BIG TIME has dissipated and is continuing to dissipate the *corpus* of the statutory trust which arose in favor of Plaintiff and grew upon each delivery to Defendant BIG TIME of Produce.

27.     The failure of Defendant BIG TIME to hold in trust for the benefit of Plaintiff such PACA Trust Assets until full payment of the sums owing to Plaintiff, and/or by dissipating the PACA Trust Assets, constitute violations of PACA and PACA Regulations [7 C.F.R. §46.46], and are unlawful.

28.     As a direct and proximate result of Defendants' failure to maintain and protect the PACA Trust Assets from dissipation, Plaintiff has suffered damages in the principal amount of $38,238.00, plus interest from the date each invoice became due and payable, costs and attorneys' fees.

## COUNT II
## AGAINST ALL DEFENDANTS
## FAILURE TO PAY PROMPTLY
### *7 U.S.C. § 499b*

29.     Plaintiff repeats and reasserts each and every allegation contained in ¶¶ 1 through 28 of this Complaint as if fully set forth herein.

30.     Defendant BIG TIME has failed and refuses to pay Plaintiff $38,238.00 from the PACA Trust, which sum is unpaid and overdue to Plaintiff for the Accepted Produce.

31.     The failure of Defendant BIG TIME to make said payments to Plaintiff from the PACA Trust is a violation of 7 U.S.C. § 499b and the PACA Regulations.

32.     As a direct and proximate result of Defendant BIG TIME's breach of its fiduciary duty as trustee of the PACA Trust, Plaintiff has suffered damages in the principal amount of $38,238.00, plus interest from the date each invoice became due and payable, costs and attorneys' fees.

## COUNT III
## AGAINST BIG TIME PRODUCE INC.
## BREACH OF CONTRACT / ACTION ON ACCOUNT

33.     Plaintiff repeats and reasserts each and every allegation contained in ¶¶ 1 through 32 of this Complaint as if fully set forth herein.

34.     As described in ¶ 10, Plaintiff entered into contracts with Defendants for the purchase and sale of Produce.

35.     Plaintiff compiled with all terms of the contracts.

36.     Pursuant to the payment terms between the parties, Defendant BIG TIME is in default to Plaintiff on all amounts unpaid and outstanding.

37.     As a direct and proximate result of Defendants' breach of contract, Plaintiff has incurred damages in the amount of $38,238.00, plus interest from the date each invoice became due and payable, costs and attorneys' fees.

## COUNT IV
## AGAINST ALL DEFENDANTS
## BREACH OF FIDUCIARY DUTY / NON-DISCHARGEABILITY
### 7 U.S.C. § 499b(4), 11 U.S.C. § 523(a)

38.     Plaintiff repeats and reasserts each and every allegation contained in ¶¶ 1 through 37 of this Complaint as if fully set forth herein.

39.     Upon information and belief, at all relevant times, SCHROEDER managed, controlled and directed the credit purchase of Produce from Plaintiff and the PACA Trust Assets on behalf of BIG TIME.

40.     SCHROEDER, in a position to control the PACA Trust Assets held by BIG TIME, was and is at all relevant times the statutory trustee of the PACA Trust Assets held by Defendants for the benefit of Plaintiff.

41.     As a trustee, SCHROEDER was and is required to maintain the PACA Trust Assets in a manner that ensured that they would be readily available to satisfy Defendants' outstanding debt to Plaintiff.

Civil Action Complaint                                              Page 7 of 12

42.     Upon information and belief, Defendants received, in the regular course of business, funds subject to the PACA Trust which were not used for the payment of the outstanding invoices for Plaintiff.

43.     Upon information and belief, Defendants, in breach of their fiduciary obligations arising under PACA, directed the disbursement of trust funds for purposes other than making full and prompt payment to Plaintiff as required by PACA, 7 U.S.C. § 499b(4), thereby heightening liability herein to a state of non-dischargeability pursuant to 11 U.S.C. § 523(a).

44.     SCHROEDER breached his fiduciary duty by failing to maintain the PACA Trust Assets in a manner so as to ensure payment to Plaintiff, by dissipating the PACA Trust Assets, and by failing to account for the PACA Trust Assets.

45.     As a direct and proximate result of the breaches of fiduciary duty by Defendants, Plaintiff has incurred damages in the amount of $38,238.00, plus interest from the date each invoice became due and payable, costs and attorneys' fees.

## COUNT V
### AGAINST LOUIS SCHROEDER, individually and in his corporate capacity
### <u>UNLAWFUL DISSIPATION OF TRUST ASSETS BY A CORPORATE OFFICIAL</u>

46.     Plaintiff repeats and reasserts each and every allegation contained in ¶¶ 1 through 45 of this Complaint as if fully set forth herein.

47.     At all relevant times, Defendant SCHROEDER was in a position of control over the PACA Trust funds.

48.     Defendant SCHROEDER is personally responsible to pay all sums due and owing from the sales of the Accepted Produce to Plaintiff.

Civil Action Complaint                                                        Page **8** of **12**

49.     Defendant LOUIS SCHROEDER did not pay Plaintiff's claim with the proceeds from the sales of the Produce.

50.     Defendant SCHROEDER caused Defendant BIG TIME to violate its statutory duties to preserve PACA Trust Assets belonging to Plaintiff and to pay Plaintiff for the Accepted Produce.

51.     Upon information and belief, Defendant LOUIS SCHROEDER unlawfully dissipated PACA Trust Assets belonging to Plaintiff.

52.     Furthermore, on July 5, 2012 Defendant SCHROEDER remitted check #234 in the amount of $14,449.00; on July 13, 2012, then remitted check #257 in the amount of $12.826.00; and finally on July 16, 2012, check # 270 was remitted in the amount of $10,963.00. All of the foregoing checks were made payable to Plaintiff and all were returned upon deposit with Non-Sufficient Funds, "NSF". Copies of the NSF checks are attached hereto as **Exhibit "C"**.

53.     Defendant has deliberately refused and continues to refuse to remit payment in full to the Plaintiff for the Accepted Produce.

54.     As a direct and proximate result of SCHROEDER'S unlawful dissipation of PACA Trust Assets, Plaintiff has incurred damages in the amount of $38,238.00, plus interest from the date each invoice became due and payable, costs and attorneys' fees, less any monies Plaintiff receives from the PACA Trust Assets.

## COUNT VII
## AGAINST ALL DEFENDANTS
## <u>INTEREST AND ATTORNEYS' FEES</u>

55.     Plaintiff repeats and reasserts each and every allegation contained in ¶¶ 1 through 54 of this Complaint as if fully set forth herein.

56.     PACA and the Invoices entitle Plaintiff to recover interest and attorneys' fees in the event that Defendants violate their obligations under PACA and the Invoices by failing to pay Plaintiff for the Accepted Produce.

57.     As a result of Defendants' continuing failure and refusal to pay Plaintiff the principal amount of $38,238.00 due and owing for the Accepted Produce, Plaintiff has lost use of said monies.

58.     As a further result of Defendants' continuing failure and refusal to pay Plaintiff the principal amount of $38,238.00 due and owing for the Accepted Produce, Plaintiff has been required to pay attorneys' fees and costs in order to bring this action to require Defendants to comply with their statutory duties.

59.     PACA and the Invoices entitle Plaintiff to recover interest and attorneys' fees incurred to collect the balance due from Defendants.

## COUNT VIII
## AGAINST ALL DEFENDANTS
## <u>CREATION OF COMMON FUND</u>

60.     Plaintiff repeats and reasserts each and every allegation contained in ¶¶ 1 through 59 of this Complaint as if fully set forth herein.

Civil Action Complaint                                                    Page **10** of **12**

61.    Plaintiff is commencing this lawsuit on behalf of itself and other similarly situated PACA trust creditors, and any and all monies recovered from Defendants and other third parties will be distributed on a pro-rata basis among Plaintiff and all perfected PACA trust creditors properly joined as parties to this lawsuit.

**WHEREFORE**, Plaintiff Juniors Produce Inc. respectfully requests that this Court enter an Order:

A.    Granting a non-dischargeable judgment in favor of Plaintiff and against Defendants Big Time Produce Inc. and Louis Schroeder, jointly and severally, in the principal amount of $38,238.00, plus interest from the date each invoice became due and payable to Plaintiff until fully paid, costs, and attorneys' fees;

B.    Declaring and directing Defendants Big Time Produce Inc. and Louis Schroeder to establish and/or preserve a trust fund consisting of funds sufficient to pay Plaintiff's principal trust claim in the amount of $38,238.00, plus interest from the date each invoice became due and payable to Plaintiff until fully paid;

C.    Enjoining, until the entry of the relief herein requested and compliance therewith, Defendants Big Time Produce Inc. and Louis Schroeder, and their agents, employees and representatives from in any way, directly or indirectly, transferring, assigning or otherwise disposing of the above-described trust fund, or any interest therein, in whole or in part, absolutely or as security;

D.    Declaring and directing Defendants Big Time Produce Inc. and Louis Schroeder to assign, transfer, deliver and turn over to Plaintiff as much of the above-described trust

fund as is necessary to fully compensate Plaintiff for the damages it has suffered and continues to suffer;

E.    Granting Plaintiff reasonable costs and expenses, including interest from the date each invoice became due and payable to Plaintiff until fully paid, and attorneys' fees; and

F.    Such other and further relief, whether in law or in equity, as this Court may deem just and proper.


Dated: New York, New York
       April 23, 2014

                                         Respectfully submitted,


                                 By: _____
                                      Aarti A. Shah, Esq. (AS-0525)
                                      Wilson Harvey Browndorf, LLP
                                      77 Water Street, 8th Floor
                                      New York, NY 10005
                                      Tel:  (917) 267-2381
                                      Fax: (646) 513-3205
                                      ashah@whbllp.com
                                      *Attorneys for Plaintiff*

EXHIBIT "A"



**Agricultural Marketing Service**

Fruit and Vegetable Programs

# Search PACA

| **License No.** | **Date Issued** | **Anniversary Date** | **Status** |
|---|---|---|---|
| 19940452 | 12/21/1993 | 12/21/2014 | Active |

**Business Name**
JUNIORS PRODUCE INC

| **Business Address** | **City** | **State** | **Zip** |
|---|---|---|---|
| 438-439 ROW D NYC TERMINAL MKT | BRONX | NY | 104740000 |

| **Web Address** | **Email** | **Phone** | **Fax** |
|---|---|---|---|
| | | 718 991-7300 | 718 991-0989 |

| | **Mailing Address** | **City** | **State** | **Zip** |
|---|---|---|---|---|

---

**Reported Principal (Last Name, First Name)**

AUGONE JR, LOUIS

**Trade Names**
None

---

**Branch Name , Branch City , Branch State**  None

To connect with the PACA National License Center, Apply for a PACA License, or check on the status of a firmâ€™s license, please contact us at:

1 (800) 495-7222, then Option #1 or email us at PACALicense@ams.usda.gov

To connect with our Good Delivery Hotline, or if you have any Good Delivery inquiries or contract-related issues, please contactus at:

1 (800) 495-7222, then Option #2

To connect with our PACA Manassas, VA Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:

1 (800) 495-7222, then Option #3 or email us at PACAManassas@ams.usda.gov

To connect with our PACA Fort Worth, TX Regional Office about the status of a complaint or to ask a general PACA question, please contact us at:

1 (800) 495-7222, then Option #4 or email us at PACAFtWorth@ams.usda.gov

To connect with our PACA Tucson, AZ Regional Office about the status of a complaint or to ask a general PACA question, pleasecontact us at:

1 (800) 495-7222, then Option #5 or email us at PACATucson@ams.usda.gov

# EXHIBIT "B"

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/28/2012 | 18929 |

**BILL TO**

Big Time Produce
1361 Forest Ave
Staten Island, NY 10302

| P.O. NO. | TERMS | SHIP DATE |
|---|---|---|
|  |  | 7/24/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 80 | Fruit | peach | 10.00 | 800.00 |
| 108 | Fruit | strawberry | 8.00 | 864.00 |
| 80 | Fruit | white cherry | 13.00 | 1,040.00 |
| 150 | Vegetable | 10lbs onion | 2.50 | 375.00 |
| 30 | Vegetable | florida avacado | 11.50 | 345.00 |
| 192 | Fruit | altufo mango | 7.00 | 1,344.00 |
| 20 | Fruit | 113sz navel | 16.00 | 320.00 |
| 5 | Fruit | lemon | 26.00 | 130.00 |
| 10 | Fruit | lime | 16.00 | 160.00 |
| 169 | Fruit | mex mango | 6.00 | 1,014.00 |
| 37 | Fruit | nectarine | 22.00 | 814.00 |
| 1 | Vegetable | aloe | 13.00 | 13.00 |
| 3 | Fruit | red delicious apple | 33.00 | 99.00 |
| 10 | Vegetable | hass | 33.00 | 330.00 |
| 30 | Fruit | banana | 17.00 | 510.00 |
| 20 | Fruit | blueberry | 13.00 | 260.00 |
| 10 | Fruit | 18sz grapefruit | 16.00 | 160.00 |
| 20 | Fruit | cantaloupe | 12.00 | 240.00 |
| 10 | Fruit | honeydew | 11.00 | 110.00 |
| 10 | Fruit | pineapple | 12.00 | 120.00 |
| 5 | Vegetable | cauliflower | 16.00 | 80.00 |
| 3 | Vegetable | basil | 14.00 | 42.00 |
| 5 | Vegetable | jalipeno | 12.00 | 60.00 |
| 25 | Vegetable | red pepper | 17.00 | 425.00 |
| 1 | Fruit | green plantain | 17.00 | 17.00 |
| 3 | Fruit | yellow plantain | 23.00 | 69.00 |
| 20 | Vegetable | 5lbs idaho | 14.00 | 280.00 |
| 3 | Vegetable | loose idaho | 18.00 | 54.00 |
| 3 | Vegetable | red a potatoe | 23.00 | 69.00 |
| 3 | Vegetable | scallion | 12.00 | 36.00 |

| | Total |
|---|---|

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intill full pavement received.

Page 1

# Juniors Produce

438-439 Row D
NYC Terminal Market
Bronx, NY 10474

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/28/2012 | 18929 |

**BILL TO**

Big Time Produce
1361 Forest Ave
Staten Island, NY 10302

| P.O. NO. | TERMS | SHIP DATE |
|----------|-------|-----------|
|  |  | 7/24/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|------|-------------|------------|--------|
| 1 | Vegetable | bunch beet | 14.00 | 14.00 |
| 2 | Vegetable | loose beet | 12.00 | 24.00 |
| 10 | Vegetable | brocoli | 23.00 | 230.00 |
| 5 | Vegetable | cabbage | 11.00 | 55.00 |
| 3 | Vegetable | red cabbage | 11.00 | 33.00 |
| 5 | Vegetable | cello carrot | 16.00 | 80.00 |
| 2 | Vegetable | baby carrot | 24.00 | 48.00 |
| 5 | Vegetable | celery | 20.00 | 100.00 |
| 3 | Vegetable | cilantro | 11.00 | 33.00 |
| 10 | Vegetable | corn | 18.00 | 180.00 |
| 10 | Vegetable | cuke | 12.00 | 120.00 |
| 15 | Vegetable | eggplant | 7.00 | 105.00 |
| 1 | Vegetable | 1lbs peeled garlic | 33.00 | 33.00 |
| 15 | Vegetable | lettuce | 15.00 | 225.00 |
| 10 | Vegetable | romaine | 9.00 | 90.00 |
| 10 | Vegetable | mushroom | 10.00 | 100.00 |
| 3 | Vegetable | spanish | 14.00 | 42.00 |
| 2 | Vegetable | white onion | 18.00 | 36.00 |
| 20 | Vegetable | green pepper | 18.00 | 360.00 |
| 10 | Fruit | apricot | 35.00 | 350.00 |
| 2 | Fruit | green banana | 16.00 | 32.00 |
| 2 | Fruit | black berry | 28.00 | 56.00 |
| 2 | Vegetable | yellow yame | 51.00 | 102.00 |
| 2 | Fruit | tomatillo | 23.00 | 46.00 |
| 2 | Vegetable | asparagus | 32.00 | 64.00 |
| 1 | Vegetable | bok choy | 16.00 | 16.00 |
| 2 | Vegetable | brocoli rabe | 37.00 | 74.00 |
| 1 | Vegetable | loose sprout | 34.00 | 34.00 |
| 10 | Vegetable | cello spinach | 10.00 | 100.00 |
| 15 | Vegetable | green squash | 10.00 | 150.00 |

| Total | |
|-------|--|

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventoriesof food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intil full payement received.

Page 2

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 6/28/2012 | 18929 |

**BILL TO**

Big Time Produce
1361 Forest Ave
Staten Island, NY 10302

| P.O. NO. | TERMS | SHIP DATE |
|----------|-------|-----------|
|          |       | 7/24/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|------|-------------|------------|--------|
| 16 | Fruit | plum tomatoe | 17.00 | 272.00 |
| 2 | Fruit | gala apple | 60.00 | 120.00 |
| 2 | Vegetable | yellow pepper | 25.00 | 50.00 |
| 20 | Vegetable | 5lbs eastern | 14.00 | 280.00 |
| 3 | Vegetable | bunch spinach | 17.00 | 51.00 |
| 1 | Vegetable | yellow squash | 16.00 | 16.00 |
| 1 | Vegetable | swiss chard | 13.00 | 13.00 |
| 1 | Vegetable | savoy cabbage | 14.00 | 14.00 |
| 1 | Vegetable | chickory | 14.00 | 14.00 |
| 3 | Vegetable | collard green | 8.00 | 24.00 |
| 5 | Vegetable | seedless cuke | 10.00 | 50.00 |
| 1 | Vegetable | dandelion | 12.00 | 12.00 |
| 2 | Vegetable | escarole | 12.00 | 24.00 |
| 2 | Vegetable | kale | 12.00 | 24.00 |
| 2 | Vegetable | portabello | 8.00 | 16.00 |
| 5 | Vegetable | baby portabello | 13.00 | 65.00 |
| 3 | Vegetable | okra | 14.00 | 42.00 |
| 100 | Vegetable | 10lbs onion | 2.50 | 250.00 |

| **Total** | **$14,449.00** |
|-----------|----------------|

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventoriesof food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intil full pavement received.

Page 3

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/9/2012 | 18928 |

**BILL TO**

Big Time Produce
1361 Forest Ave
Staten Island, NY 10302

| P.O. NO. | TERMS | SHIP DATE |
|----------|-------|-----------|
|          |       | 7/19/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|------|-------------|-----------|--------|
| 5 | Vegetable | brocoli | 16.00 | 80.00 |
| 1 | Vegetable | loose beet | 12.00 | 12.00 |
| 5 | Vegetable | cabbage | 11.00 | 55.00 |
| 3 | Vegetable | cello carrot | 17.00 | 51.00 |
| 2 | Vegetable | baby carrot | 24.00 | 48.00 |
| 3 | Vegetable | celery | 17.00 | 51.00 |
| 5 | Vegetable | cilantro | 26.00 | 130.00 |
| 15 | Vegetable | corn | 13.00 | 195.00 |
| 10 | Vegetable | cuke | 14.00 | 140.00 |
| 10 | Vegetable | eggplant | 9.00 | 90.00 |
| 2 | Vegetable | ginger | 12.00 | 24.00 |
| 2 | Vegetable | sleeve garlic | 37.00 | 74.00 |
| 15 | Vegetable | lettuce | 22.00 | 330.00 |
| 10 | Vegetable | 2lbs yellow onion | 18.00 | 180.00 |
| 10 | Vegetable | spanish onion | 17.00 | 170.00 |
| 10 | Vegetable | 25lbs loose red onion | 15.00 | 150.00 |
| 10 | Vegetable | suntan pepper | 11.00 | 110.00 |
| 10 | Vegetable | lettuce | 16.00 | 160.00 |
| 25 | Vegetable | red pepper | 22.00 | 550.00 |
| 5 | Fruit | yellow plantain | 23.00 | 115.00 |
| 10 | Vegetable | 5lbs idaho | 13.00 | 130.00 |
| 2 | Vegetable | red a potatoe | 17.00 | 34.00 |
| 4 | Vegetable | white a potatoe | 17.00 | 68.00 |
| 10 | Vegetable | cello spinach | 10.00 | 100.00 |
| 5 | Vegetable | green squash | 8.00 | 40.00 |
| 25 | Fruit | 5x6 tomatoe | 14.00 | 350.00 |
| 2 | Fruit | granny smith apple | 30.00 | 60.00 |
| 5 | Vegetable | florida avacado | 9.00 | 45.00 |
| 25 | Fruit | banana | 17.00 | 425.00 |
| 10 | Fruit | blueberry | 21.00 | 210.00 |

**Total**

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventoriesof food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intil full payment received.

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/9/2012 | 18928 |

**BILL TO**

Big Time Produce
1361 Forest Ave
Staten Island, NY 10302

| P.O. NO. | TERMS | SHIP DATE |
|----------|-------|-----------|
|  |  | 7/19/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|------|-------------|------------|--------|
| 4 | Fruit | raspberry | 11.00 | 44.00 |
| 20 | Fruit | red seedless | 16.00 | 320.00 |
| 20 | Fruit | green seedless | 12.00 | 240.00 |
| 10 | Fruit | black seedless | 18.00 | 180.00 |
| 2 | Fruit | kiwi | 12.00 | 24.00 |
| 5 | Fruit | lemon | 24.00 | 120.00 |
| 5 | Fruit | lime | 18.00 | 90.00 |
| 10 | Fruit | nectarine | 8.00 | 80.00 |
| 5 | Fruit | 56sz navel | 18.00 | 90.00 |
| 2 | Fruit | anjou pear | 36.00 | 72.00 |
| 2 | Vegetable | yuca | 16.00 | 32.00 |
| 2 | Vegetable | asparagrass | 29.00 | 58.00 |
| 1 | Vegetable | savoy cabbage | 12.00 | 12.00 |
| 1 | Vegetable | coconut | 29.00 | 29.00 |
| 3 | Vegetable | collard green | 14.00 | 42.00 |
| 1 | Vegetable | bunch beet | 14.00 | 14.00 |
| 3 | Vegetable | seedless cuke | 10.00 | 30.00 |
| 2 | Vegetable | escarole | 12.00 | 24.00 |
| 2 | Vegetable | kale | 14.00 | 28.00 |
| 2 | Vegetable | red leaf | 20.00 | 40.00 |
| 5 | Vegetable | romaine | 23.00 | 115.00 |
| 5 | Vegetable | romaine heart | 24.00 | 120.00 |
| 1 | Vegetable | parsnip | 14.00 | 14.00 |
| 5 | Vegetable | jalipeno | 18.00 | 90.00 |
| 2 | Vegetable | pablano pepper | 18.00 | 36.00 |
| 10 | Vegetable | 5lbs eastern | 14.00 | 140.00 |
| 2 | Vegetable | bunch spinach | 20.00 | 40.00 |
| 2 | Vegetable | baby spinach | 18.00 | 36.00 |
| 1 | Vegetable | butternut squash | 21.00 | 21.00 |
| 2 | Vegetable | yellow squash | 12.00 | 24.00 |

| | **Total** | |
|--|-----------|--|

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventoriesof food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intill full payement received.

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/9/2012 | 18928 |

**BILL TO**

Big Time Produce
1361 Forest Ave
Staten Island, NY 10302

| P.O. NO. | TERMS | SHIP DATE |
|---|---|---|
| | | 7/19/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 5 | Vegetable | mesculin salad | 8.00 | 40.00 |
| 2 | Vegetable | baby arugula | 14.00 | 28.00 |
| 5 | Fruit | apricot | 29.00 | 145.00 |
| 3 | Fruit | white nect | 25.00 | 75.00 |
| 2 | Fruit | tomatillo | 25.00 | 50.00 |
| 2 | Vegetable | yautia | 48.00 | 96.00 |
| 2 | Vegetable | napali | 16.00 | 32.00 |
| 96 | Fruit | green seedless | 12.00 | 1,152.00 |
| 75 | Fruit | 24lbs cherry | 24.00 | 1,800.00 |
| 2 | Vegetable | brocoli | 16.00 | 32.00 |
| 5 | Vegetable | green squash | 8.00 | 40.00 |
| 1 | Vegetable | sleeve garlic | 34.00 | 34.00 |
| 3 | Vegetable | korean yam | 22.00 | 66.00 |
| 2 | Vegetable | chayote | 13.00 | 26.00 |
| 10 | Vegetable | 2lbs yellow onion | 16.00 | 160.00 |
| 20 | Vegetable | kopia sutton | 12.00 | 240.00 |
| 20 | Fruit | 5x6 tomatoe | 14.00 | 280.00 |
| 50 | Fruit | strawberry | 6.00 | 300.00 |
| 2 | Vegetable | loose beet | 12.00 | 24.00 |
| 1 | Vegetable | white turnip | 12.00 | 12.00 |
| 20 | Fruit | banana | 16.00 | 320.00 |
| 10 | Fruit | pineapple | 12.00 | 120.00 |
| 10 | Fruit | blueberry | 21.00 | 210.00 |
| 5 | Fruit | apricot | 24.00 | 120.00 |
| 5 | Vegetable | grey squash | 25.00 | 125.00 |
| 3 | Vegetable | leeek | 15.00 | 45.00 |
| 2 | Vegetable | plain parsley | 25.00 | 50.00 |
| 5 | Vegetable | jamaican hot pepper | 30.00 | 150.00 |
| 2 | Vegetable | long hot | 25.00 | 50.00 |
| 1 | Vegetable | yellow yame | 55.00 | 55.00 |

**Total**

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventoriesof food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intill full pavement received.

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/9/2012 | 18928 |

| BILL TO |
|---------|
| Big Time Produce<br>1361 Forest Ave<br>Staten Island, NY 10302 |

| P.O. NO. | TERMS | SHIP DATE |
|----------|-------|-----------|
|  |  | 7/19/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|------|-------------|-----------|--------|
| 1 | Vegetable | bag shallot | 9.00 | 9.00 |
| 3 | Vegetable | persian cuke | 17.00 | 51.00 |
| 2 | Vegetable | brocoli rabe | 37.00 | 74.00 |
| 1 | Vegetable | swiss chard | 15.00 | 15.00 |
| 2 | Fruit | green plantain | 18.00 | 36.00 |
| 2 | Fruit | green banana | 16.00 | 32.00 |
| 2 | Vegetable | portobello | 9.00 | 18.00 |
| 1 | Vegetable | dill | 27.00 | 27.00 |
| 5 | Vegetable | romaine hearts | 22.00 | 110.00 |
| 1 | Vegetable | loose sprout | 40.00 | 40.00 |
| 5 | Vegetable | okra | 17.00 | 85.00 |
| 10 | Fruit | pluot plum | 7.00 | 70.00 |

| | **Total** | **$12,826.00** |
|---|---|---|

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventoriesof food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intil full pavement received.

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/13/2012 | 19210 |

| BILL TO |
|---|
| Big Time Produce<br>1361 Forest Ave<br>Staten Island, NY 10302 |

| P.O. NO. | TERMS | SHIP DATE |
|---|---|---|
|  |  | 7/13/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 2 | Vegetable | ginger | 12.00 | 24.00 |
| 3 | Vegetable | beans | 22.00 | 66.00 |
| 1 | Vegetable | loose beet | 13.00 | 13.00 |
| 3 | Vegetable | broccoli | 16.00 | 48.00 |
| 3 | Vegetable | cello carrot | 16.00 | 48.00 |
| 2 | Vegetable | baby carrot | 24.00 | 48.00 |
| 1 | Vegetable | loose carrot | 24.00 | 24.00 |
| 5 | Vegetable | celery | 28.00 | 140.00 |
| 2 | Vegetable | cilantro | 25.00 | 50.00 |
| 5 | Vegetable | corn | 12.00 | 60.00 |
| 5 | Vegetable | cuke | 16.00 | 80.00 |
| 2 | Vegetable | sleeve garlic | 37.00 | 74.00 |
| 2 | Vegetable | 1lbs peeled garlic | 37.00 | 74.00 |
| 1 | Vegetable | 5lbs peeled garlic | 33.00 | 33.00 |
| 20 | Vegetable | lettuce | 21.00 | 420.00 |
| 5 | Vegetable | romaine | 18.00 | 90.00 |
| 10 | Vegetable | cello mushroom | 10.00 | 100.00 |
| 10 | Vegetable | 2lb yellow onion | 17.00 | 170.00 |
| 10 | Vegetable | 25lbs loose red onion | 15.00 | 150.00 |
| 5 | Vegetable | spanish onion | 16.00 | 80.00 |
| 2 | Vegetable | white onion | 18.00 | 36.00 |
| 10 | Vegetable | green pepper | 14.00 | 140.00 |
| 5 | Vegetable | cubanelle pepper | 12.00 | 60.00 |
| 5 | Fruit | yellow plantain | 22.00 | 110.00 |
| 2 | Fruit | green plantain | 18.00 | 36.00 |
| 10 | Vegetable | 5lbs idaho | 13.00 | 130.00 |
| 2 | Vegetable | red a potatoe | 17.00 | 34.00 |
| 2 | Vegetable | white a potatoe | 17.00 | 34.00 |

| | Total |
|---|---|

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intil full pavement received.

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/13/2012 | 19210 |

| BILL TO |
|---|
| Big Time Produce<br>1361 Forest Ave<br>Staten Island, NY 10302 |

| P.O. NO. | TERMS | SHIP DATE |
|---|---|---|
| | | 7/13/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 3 | Vegetable | scallion | 13.00 | 39.00 |
| 5 | Vegetable | cello spinach | 10.00 | 50.00 |
| 2 | Vegetable | yellow squash | 6.00 | 12.00 |
| 25 | Fruit | 5x6 tomatoe | 13.00 | 325.00 |
| 50 | Fruit | stem tomatoe | 6.00 | 300.00 |
| 2 | Fruit | golden apple | 34.00 | 68.00 |
| 2 | Fruit | granny smith apple | 30.00 | 60.00 |
| 5 | Fruit | red delicious apple | 30.00 | 150.00 |
| 5 | Fruit | apricot | 14.00 | 70.00 |
| 10 | Fruit | florida avacado | 9.00 | 90.00 |
| 30 | Fruit | loose banana | 14.00 | 420.00 |
| 10 | Fruit | blueberries | 21.00 | 210.00 |
| 10 | Fruit | raspberry | 10.00 | 100.00 |
| 50 | Fruit | strawberry | 6.00 | 300.00 |
| 10 | Vegetable | cauliflower | 12.00 | 120.00 |
| 10 | Fruit | black seedless | 17.00 | 170.00 |
| 10 | Fruit | red seedless | 13.00 | 130.00 |
| 5 | Fruit | 56sz grapefruit | 21.00 | 105.00 |
| 5 | Fruit | 140sz lemon | 24.00 | 120.00 |
| 5 | Fruit | 200sz lime | 18.00 | 90.00 |
| 50 | Fruit | mango | 5.50 | 275.00 |
| 150 | Vegetable | 10lbs onion | 2.50 | 375.00 |
| 10 | Fruit | nectarine | 12.00 | 120.00 |
| 2 | Fruit | white nectarine | 12.00 | 24.00 |
| 15 | Fruit | plum | 16.00 | 240.00 |
| 10 | Fruit | 7sz pine | 12.00 | 120.00 |
| 1 | Vegetable | bok choy | 25.00 | 25.00 |
| 1 | Vegetable | coconut | 30.00 | 30.00 |
| 3 | Vegetable | seedless cuke | 12.00 | 36.00 |
| 2 | Vegetable | kale | 13.00 | 26.00 |

## Total

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities, all inventoriesof food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intil full pavement received.

# Juniors Produce

**438-439 Row D**
**NYC Terminal Market**
**Bronx, NY 10474**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/13/2012 | 19210 |

| BILL TO |
|---------|
| Big Time Produce |
| 1361 Forest Ave |
| Staten Island, NY 10302 |

| P.O. NO. | TERMS | SHIP DATE |
|----------|-------|-----------|
|          |       | 7/13/2012 |

| QTY | ITEM | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|------|-------------|------------|--------|
| 1 | Vegetable | leek | 17.00 | 17.00 |
| 2 | Vegetable | romaine heart | 22.00 | 44.00 |
| 1 | Vegetable | mint | 14.00 | 14.00 |
| 1 | Vegetable | portobello | 10.00 | 10.00 |
| 2 | Vegetable | yellow pepper | 20.00 | 40.00 |
| 10 | Vegetable | 5lbs eastern | 13.50 | 135.00 |
| 1 | Vegetable | loose radish | 14.00 | 14.00 |
| 1 | Vegetable | rosemary | 14.00 | 14.00 |
| 2 | Vegetable | bunch spinach | 24.00 | 48.00 |
| 1 | Vegetable | thyme | 14.00 | 14.00 |
| 2 | Fruit | gala apple | 57.00 | 114.00 |
| 2 | Fruit | fuji | 50.00 | 100.00 |
| 3 | Fruit | green banana | 17.00 | 51.00 |
| 2 | Fruit | white peach | 22.00 | 44.00 |
| 3 | Fruit | bosc pear | 40.00 | 120.00 |
| 1 | Fruit | tomatillo | 24.00 | 24.00 |
| 26 | Fruit | bag red delicious apple | 20.00 | 520.00 |
| 10 | Fruit | 48sz navel | 18.00 | 180.00 |
| 5 | Fruit | papaya | 26.00 | 130.00 |
| 2 | Fruit | fig | 14.00 | 28.00 |
| 65 | Fruit | apricot | 12.00 | 780.00 |
| 5 | Vegetable | lettuce | 21.00 | 105.00 |
| 10 | Vegetable | 5lb idaho | 13.00 | 130.00 |
| 10 | Vegetable | 5lb eastern | 13.50 | 135.00 |
| 10 | Vegetable | 40sz hass | 31.00 | 310.00 |
| 120 | Fruit | fuyu persimmon | 6.00 | 720.00 |
| 10 | Fruit | black seedless | 17.00 | 170.00 |
| 20 | Fruit | cantaloupe | 11.00 | 220.00 |
| 10 | Fruit | 48sz navel | 16.00 | 160.00 |

| | Total | $10,963.00 |
|-|-------|------------|

The Perishable Agriculture Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable Agricultural commodities act, 1930 (7U.S.C.499(E)(C). The seller of these commodities retains a trust claim over these commodities. all inventoriesof food or other products derived from these commodities and any receivables or proceed from the sale of these commodities intill full payement received.

Page 3

EXHIBIT "C"

*Signature*

SIGNATURE BANK

565 Fifth Avenue, New York, NY 10017
646-822-1500

153
JUNIORS PRODUCE INC
438 439 NYC TEMINAL MARKET
BRONX NY          10474

------- Fold Here -------

Account : 1500718087

Date :Monday, July 16, 2012

WE CHARGE YOUR ACCOUNT WITH THE FOLLOWING ITEMS RETURNED UNPAID

| MAKER | REASON | AMOUNT |
|---|---|---|
| BIG TIME PRODUCE | NSF | $14,449.00 |

Number of Items : 1     Total Amount debited from your account :     $14,449.00
Fees Charged : $0.00
If you have any questions concerning this notification, please contact your financial center.

07/16/2012
6220619520
This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (A)
NSF

BIG TIME PRODUCE
1361 FOREST AVE. 718-448233
STATEN ISLAND, NY 10302-2001

234

07/05/2012

$14,449.00

fourteen thousand four hundred forty nine 00

CHASE
JPMorgan Chase Bank, N.A.
www.chase.com

Louis Schroeder

*Signature*

SIGNATURE BANK

**565 Fifth Avenue, New York, NY 10017**
**646-822-1500**

153
JUNIORS PRODUCE INC
438 439 NYC TEMINAL MARKET
BRONX NY          10474

---------------------------------------- Fold Here ----------------------------------------

Account : 1500718087

Date :Wednesday, July 18, 2012

WE CHARGE YOUR ACCOUNT WITH THE FOLLOWING ITEMS RETURNED UNPAID

| MAKER | REASON | AMOUNT |
|---|---|---|
| BIG TIME PRODUCE | NSF | $12,826.00 |

Number of Items : 1     Total Amount debited from your account :     $12,826.00
Fees Charged : $0.00
If you have any questions concerning this notification, please contact your financial center.

NSF

*026013576*
07/18/2012
6220687120

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON (A)
NSF

000000247129230
[026013576] 07/18/2012

BIG TIME PRODUCE
1361 FOREST AVE. 718-442-5233
STATEN ISLAND, NY 10302-2001

257

7·13·12

Pay to the order of    JUNIORS                    $ 12,826·
    Twelve Thousand Eight Hundred Twenty Six oo/100      Dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Mike                                    Schwartz

⑆024⑆10000 21⑆:    738 26 5651⑈0257    ⑆000 12826 00⑈

⑆024⑆10000 21⑆:    738 26 5651⑈0257    ⑆000 12826 00⑈

*Signature*
SIGNATURE BANK

565 Fifth Avenue, New York, NY 10017
646-822-1500

153
JUNIORS PRODUCE INC
438 439 NYC TEMINAL MARKET
BRONX NY          10474

-------- Fold Here --------

Account : 1500718087

Date :Friday, July 20, 2012

WE CHARGE YOUR ACCOUNT WITH THE FOLLOWING ITEMS RETURNED UNPAID

| MAKER | REASON | AMOUNT |
|---|---|---|
| BIG TIME PRODUCE | NSF | $10,963.00 |

Number of Items : 1    Total Amount debited from your account :    $10,963.00
Fees Charged : $0.00
If you have any questions concerning this notification, please contact your financial center.

*02501357b*
07/20/2012
b220737480

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON (A)
NSF

NSF

BIG TIME PRODUCE
1361 FOREST AVE. 718-442-5233
STATEN ISLAND, NY 10302-2001

270

Pay to the order of  Juniors    $ 10,963 ⁰⁰/₁₀₀

Ten Thousand Seven Hundred Eighty Three    Dollars

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Lane Schiab

⑆02100002⑆ 738265551 0270

JUNIORS