UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUNIORS PRODUCE INC., <br><br> Plaintiff, <br><br> v. <br><br> BIG TIME PRODUCE INC. and LOUIS SCHROEDER, individually and in his corporate capacity, <br><br> Defendants. | Case No. 1:14-CV-2873 (GHW) <br><br> **CERTIFICATE OF SERVICE** |

    I, Aarti A. Shah, hereby certify that on April 23, 2014, I caused true copies of the following to be served upon Counsel for Defendants, who accepted service on behalf of Defendants via electronic mail:

1. Summonses;
2. Complaint with Exhibits "A" through "C";
3. Civil Cover Sheet;
4. 7.1 Statement; and
5. ECF Rules & Instructions, and Individual Practice Rules of Hon. Gregory H. Woods.

*Counsel for Defendants*
Michael A. King, Esq.
Law Offices of Michael A. King
41 Schermerhorn Street, Suite 228
Brooklyn, NY 11201
P: (646) 824-9710
F: (347) 227-1266
romeo1860@aol.com

Dated: New York, New York
       April 25, 2014

                                                  Aarti A. Shah, Esq. (AS-0525)
                                                  Wilson Harvey Browndorf, LLP
                                                  77 Water Street, 8th Floor
                                                  New York, NY 10005
                                                  Tel:  (917) 267-2381
                                                  ashah@whbllp.com
                                                  *Attorneys for Plaintiff*